UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ALEXANDER PAGE,

        Plaintiff,

v.

PIERCE COUNTY FIFE POLICE DEPARTMENT, *et al.,*

        Defendants.

Case No.  C08-5381 FDB/KLS

ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS*

The Court, having reviewed Plaintiff's application to proceed *in forma pauperis*, does hereby find and ORDER.

Plaintiff's declaration indicates he is unable to afford the court's $350.00 filing fee.  Accordingly, Plaintiff's application to proceed as a pauper is **GRANTED.**

DATED this   30th    day of June, 2008.

*[signature]*
Karen L. Strombom
United States Magistrate Judge

ORDER
Page - 1