UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| ALEXANDER PAGE, | |
|---|---|
| Plaintiff, | No. C08-5381 FDB/KLS |
| v. | **ORDER ADOPTING REPORT AND RECOMMENDATION DISMISSING ACTION WITH PREJUDICE** |
| FIFE POLICE DEPARTMENT, *et al.*, | |
| Defendants. | |

This matter comes before the Court on the Magistrate Judge's recommendation that Defendants' motion for summary judgment be granted and Plaintiff's civil rights action be dismissed with prejudice.

As detailed in the Report and Recommendation, Plaintiff is unable to show any constitutional violations in this matter. His Amended Complaint alleges conduct, even if true, that does not raise to the level of constitutional significance. Simply stated, Plaintiff has provided no evidence to show that his arrest was not properly accomplished or that any of the Defendants applied force maliciously and sadistically to cause harm or that he actually suffered injury.

Concerning Plaintiff's state law claims, it is undisputed that Plaintiff failed to comply with the state claims filing statute .

ORDER ADOPTING REPORT AND RECOMMENDATION - 1

The Court, having reviewed the Report and Recommendation of Magistrate Judge Karen L. Strombom, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation;

(2) Defendants' Motion for Summary Judgment [Dkt. 30] is **GRANTED** and this case is DISMISSED WITH PREJUDICE; and

(3) The Clerk is directed to send copies of this Order to Plaintiff, counsel for Defendants and to the Hon. Karen L. Strombom.

DATED this 4th day of January, 2010.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER ADOPTING REPORT AND RECOMMENDATION - 2