AO 450 (Rev. 5/85) Judgment in a Civil Case　⊕

# United States District Court

WESTERN DISTRICT OF WASHINGTON

ALEXANDER PAGE

        v.

FIFE POLICE DEPARTMENT, et al.,

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C08-5381 FDB/KLS

  ☐  **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

  **XX**  **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

(1)   The Court adopts the Report and Recommendation; and

(2)   Defendant's Motion of Summary Judgment [Dkt. 30] is **GRANTED** and this case is DISMISSED WITH PREJUDICE.

|  |  |
|---|---|
| January 7, 2010 | BRUCE RIFKIN |
| Date | Clerk |

                                          *s/ Mary Trent*
                                          Deputy Clerk